AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWEN, DUDLEY H. | SOUTHERN DISTRICT OF GEORGIA | 08/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES SENIOR DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
P.O. BOX 2106
AUGUSTA, GEORGIA 30903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BOWEN, DUDLEY H.** | 08/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2.  General Maritime New F | A | Dividend | J | T | | | | | |
| 3.  Dynegy Inc | A | Dividend | J | T | | | | | |
| 4.  Credit Suisse AG | A | Dividend | J | T | | | | | |
| 5.  Sch Adv Cash Resrv Prem | A | Dividend | J | T | | | | | |
| 6.  CHARLES SCHWAB | | | | | | | | | |
| 7.  Ares Management LP | A | Dividend | J | T | | | | | |
| 8.  Ares Capital Corp | A | Dividend | J | T | | | | | |
| 9.  Marathon Oil Corp (X) | A | Dividend | J | T | | | | | |
| 10. ABN AMRO/VERDUS Gwth FD | A | Dividend | L | T | | | | | |
| 11. Exxon Mobil Common Stk | A | Dividend | K | T | | | | | |
| 12. DuPont EI De Nemour and Co Com | A | Dividend | J | T | | | | | |
| 13. Washovia Corp New | A | Dividend | J | T | | | | | |
| 14. Charles Schwab Money Market | A | Interest | J | T | | | | | |
| 15. ABN AMRO VERDX MCGFX Funds (Alleghany) | D | Dividend | M | T | | | | | |
| 16. E I Deupont Drip | A | Dividend | J | T | | | | | |
| 17. Ga Bk & Tr Money Mkt Market | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ga Bk & Tr Savings | A | Interest | J | T | | | | | |
| 19. TIAA CREF Large Cap Growth Inst Mutual Fund | A | Dividend | L | T | | | | | |
| 20. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 21. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 22. Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |
| 23. Atlantic Amer Com | | None | J | T | | | | | |
| 24. Regions Bank Savings | | None | J | T | | | | | |
| 25. CHARLES SCHWAB IRA#2 | | | | | | | | | |
| 26. IDII Stock | A | Dividend | J | T | | | | | |
| 27. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 28. Brookfield Total Return | E | Dividend | K | T | | | | | |
| 29. Ares Capital Corp 1476 | A | Dividend | J | T | | | | | |
| 30. Brookfield Total Rtn 1476 | A | Dividend | J | T | | | | | |
| 31. Fifth Street Finance 1476 | D | Dividend | | | Sold | 01/01/17 | J | A | |
| 32. Ares Management LP 1476 | A | Dividend | J | T | | | | | |
| 33. Ford Motor Company | A | Dividend | J | T | Buy | 01/01/17 | J | | |
| 34. Marathon Oil Corporation | A | Dividend | J | T | Buy | 01/23/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Southern Company 1476 | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 36. Blackstone Group LP 1476 | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 37. Enterprise Products 1476 | A | Dividend | J | T | Buy | 02/01/17 | J | | |
| 38. CHARLES SCHWAB | | | | | | | | | |
| 39. Pengrowth Energy Corp | A | Dividend | J | T | | | | | |
| 40. Blackrock CP High Yield | A | Dividend | J | T | | | | | |
| 41. Motorola | A | Dividend | J | T | | | | | |
| 42. Lucent | A | Dividend | J | T | | | | | |
| 43. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 44. New Hampshire DOE | A | Dividend | J | T | | | | | |
| 45. New Hampshire HIGHE | A | Dividend | J | T | | | | | |
| 46. The Southern Company | A | Dividend | J | T | | | | | |
| 47. ISTAR FINL Inc | A | Dividend | | | Sold | 10/20/17 | J | A | |
| 48. Xerox | A | Dividend | J | T | | | | | |
| 49. General Motors | A | Dividend | J | T | | | | | |
| 50. Schwab Money Market | A | Interest | J | T | | | | | |
| 51. Gainesville GA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HD Supply Inc | A | Interest | K | T | | | | | |
| 53. HD Supply Inc | A | Interest | J | T | | | | | |
| 54. Morgan Stanley Bank NA | C | Interest | K | T | | | | | |
| 55. Kansas INDPT COL | A | Interest | K | T | | | | | |
| 56. Franklin GA Tax Free | A | Interest | K | T | | | | | |
| 57. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 58. Nuveen DIV Advan Muni | A | Dividend | J | T | | | | | |
| 59. Nuveen DIV Advan Muni | A | Interest | J | T | | | | | |
| 60. PROSHS ULTRASHT ETF | A | Dividend | K | T | | | | | |
| 61. Kinder Morgan Inc | | None | | | Closed | 01/01/17 | J | | |
| 62. Northern Borders Partnews nbp | | None | | | Closed | 01/01/17 | K | | |
| 63. Northern Borders Partners nbp | | None | | | Closed | 01/01/17 | J | | |
| 64. Goldman Sachs BDC Inc | A | Dividend | | | Sold | 07/27/17 | J | A | |
| 65. Barrick Gold Corp | A | Dividend | | | Buy | 01/01/17 | J | | |
| 66. Barrick Gold Corp | D | Dividend | | | Sold | 04/25/17 | J | A | |
| 67. Ford Motor Company | A | Dividend | | | Buy | 01/24/17 | J | | |
| 68. Ford Motor Company | A | Dividend | | | Sold | 05/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. General Electric Co | A | Dividend | | | Buy | 01/24/17 | J | | |
| 70. General Electric Co | C | Dividend | | | Sold | 12/04/17 | J | A | |
| 71. IShares US Preferred | A | Dividend | | | Buy | 01/01/17 | J | | |
| 72. IShares US Preferred | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 73. Pennantpark Invt Corp | A | Dividend | | | Buy | 01/01/17 | J | | |
| 74. Pennantpark Invt Corp | A | Dividend | | | Sold | 05/18/17 | J | A | |
| 75. Vodafone Group | A | Dividend | | | Buy | 01/04/17 | J | | |
| 76. Vodafone Group | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 77. Compass Diversified LP | A | Dividend | | | Buy | 01/01/17 | J | | |
| 78. Compass Diversified LP | A | Dividend | | | Sold | 05/08/17 | J | A | |
| 79. Oaktree CAP GRP LLC | B | Dividend | | | Buy | 01/01/17 | J | | |
| 80. Oaktree Cap GRP LLC | B | Dividend | | | Sold | 02/09/17 | J | B | |
| 81. TRUST CHARLES SCHWAB | | | | | | | | | |
| 82. Willis Group Holdings | A | Dividend | K | T | | | | | |
| 83. T Rowe Price Spectrum | A | Dividend | J | T | | | | | |
| 84. PR Commwlth Hwy & 5.25 | A | Dividend | | | Sold | 08/17/17 | J | A | |
| 85. Chicago Bridge & Iron | A | Dividend | | | Buy | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Chicago Bridge & Iron | A | Dividend | | | Sold | 03/13/17 | J | A | |
| 87. IShares Core MSCI | B | Dividend | | | Buy | 01/01/17 | J | | |
| 88. IShares Core MSCI | B | Dividend | | | Sold | 03/21/17 | J | B | |
| 89. IShares US Preferred Stock | A | Dividend | | | Buy | 01/01/17 | J | | |
| 90. IShares US Preferred Stock | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 91. IStar Inc | A | Dividend | | | Buy | 01/01/17 | J | | |
| 92. IStar Inc | A | Dividend | | | Sold | 10/20/17 | J | B | |
| 93. Micron Technology | D | Dividend | | | Buy | 01/01/17 | J | | |
| 94. Micron Technology | D | Dividend | | | Sold | 02/14/17 | J | D | |
| 95. Pennantpark Invt Corp | C | Dividend | | | Buy | 01/01/17 | J | | |
| 96. Pennantpark Invt Corp | C | Dividend | | | Sold | 05/18/17 | J | A | |
| 97. Vodafone Group | A | Dividend | | | Buy | 01/04/17 | J | | |
| 98. Vodafone Group | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 99. Oaktree Cap Grp LLC | A | Dividend | | | Buy | 01/01/17 | J | | |
| 100. Oaktree Cap Grp LLC | D | Dividend | | | Sold | 02/09/17 | J | A | |
| 101. PR Comwlth Hwy | A | Dividend | | | Buy | 01/01/17 | J | | |
| 102. PR Comwlth Hwy | A | Dividend | | | Sold | 12/04/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gainesville GA | A | Dividend | | | Buy | 01/01/17 | J | | |
| 104. Gainesville GA | A | Dividend | | | Sold | 05/17/17 | J | A | |
| 105. CHARLES SCHWAB IRA#3 | | | | | | | | | |
| 106. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 107. Barrick Gold Corp F | A | Dividend | | | Sold | 04/25/17 | K | C | |
| 108. Barrick Gold Corp F | A | Dividend | | | Sold | 04/25/17 | J | B | |
| 109. Invesco Mtg Cap Reit | A | Dividend | J | T | | | | | |
| 110. Ares Management LP | A | Dividend | J | T | | | | | |
| 111. Ares Management LP | A | Dividend | J | T | | | | | |
| 112. Ares Management LP | A | Distribution | J | T | | | | | |
| 113. Charles Schwab & Company Inc | B | Interest | J | T | | | | | |
| 114. Apple Inc | E | Dividend | | | Buy | 01/01/17 | K | | |
| 115. Apple Inc | D | Dividend | | | Sold | 01/19/17 | K | D | |
| 116. Blackrock Corporate High | A | Dividend | | | Buy | 01/01/17 | J | | |
| 117. Blackrock Corporate High | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 118. AAPL | D | Dividend | | | Buy | 01/03/17 | J | | |
| 119. AAPL | C | Dividend | | | Sold | 01/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  AAPL | C | Dividend | | | Buy | 03/30/17 | J | | |
| 121.  AAPL | C | Dividend | | | Sold | 03/30/17 | J | A | |
| 122.  AAPL | C | Dividend | | | Buy | 05/15/17 | J | | |
| 123.  AAPL | B | Dividend | | | Sold | 05/15/17 | J | A | |
| 124.  Apple Inc | D | Dividend | | | Buy | 01/01/17 | K | | |
| 125.  Apple Inc | D | Dividend | | | Sold | 01/19/17 | K | D | |
| 126.  Barrick Gold Corp | C | Dividend | | | Buy | 01/01/17 | K | | |
| 127.  Barrick Gold Corp | E | Dividend | | | Sold | 04/25/17 | K | C | |
| 128.  Blackrock Corp High | A | Dividend | | | Buy | 01/10/17 | J | | |
| 129.  Blackrock Corp High | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 130.  Chicago Bridge & Iron | B | Dividend | | | Buy | 02/08/17 | K | | |
| 131.  Chicago Bridge & Iron | E | Dividend | | | Sold | 03/13/17 | K | A | |
| 132.  Concocophillips | A | Dividend | | | Buy | 02/13/17 | K | | |
| 133.  Concocophillips | E | Dividend | | | Sold | 03/31/17 | K | A | |
| 134.  Dowdupont Inc | A | Dividend | | | Buy | 03/15/17 | J | | |
| 135.  Dowdupont Inc | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 136.  F01/19/2018 | D | Dividend | | | Buy | 01/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. F01/19/2018 | C | Dividend | | | Sold | 05/02/17 | J | A | |
| 138. Fifth St Fin Corp | A | Dividend | | | Buy | 01/01/17 | J | | |
| 139. Fifth St Fin Corp | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 140. Ford Motor Company | A | Dividend | | | Buy | 03/02/17 | K | | |
| 141. Ford Motor Company | A | Dividend | | | Sold | 05/02/17 | K | A | |
| 142. Franklin GA Tax Free | A | Dividend | | | Buy | 01/01/17 | J | | |
| 143. Franklin GA Tax Free | B | Dividend | | | Sold | 01/25/17 | J | A | |
| 144. GE | A | Dividend | | | Buy | 05/12/17 | J | | |
| 145. GE | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 146. General Electric | A | Dividend | | | Buy | 01/26/17 | J | | |
| 147. General Electric | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 148. Goldman Sachs BDC | C | Dividend | | | Buy | 01/01/17 | K | | |
| 149. Goldman Sachs BDC | E | Dividend | | | Sold | 05/15/17 | K | C | |
| 150. Invesco LTD | B | Dividend | | | Buy | 04/03/17 | K | | |
| 151. Invesco LTD | E | Dividend | | | Sold | 04/24/17 | K | B | |
| 152. IShares Core MSCI | C | Dividend | | | Buy | 01/01/17 | K | | |
| 153. IShares Core MSCI | E | Dividend | | | Sold | 03/21/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares Core MSCI Totl Intl | A | Dividend | | | Buy | 01/01/17 | K | | |
| 155. IShares Core MSCI Totl Intl | B | Dividend | | | Sold | 03/23/17 | K | C | |
| 156. IShares Russell Mid Cap Value | B | Dividend | | | Buy | 01/01/17 | J | | |
| 157. IShares Russell Mid Cap Value | E | Dividend | | | Sold | 03/23/17 | K | B | |
| 158. IShares Select Dividend ETF IV | A | Dividend | | | Buy | 01/01/17 | J | | |
| 159. IShares Select Dividend ETF IV | A | Dividend | | | Sold | 02/23/17 | J | A | |
| 160. IShares US Preferred Stock | A | Dividend | | | Buy | 02/08/17 | K | | |
| 161. IShares US Preferred Stock | E | Dividend | | | Sold | 03/09/17 | K | A | |
| 162. IStar Inc | A | Dividend | | | Buy | 03/16/17 | J | | |
| 163. IStar Inc | B | Dividend | | | Sold | 10/20/17 | J | A | |
| 164. Maingate MLP FD CL I | A | Dividend | | | Buy | 01/24/17 | J | | |
| 165. Maingate MLP FD CL I | A | Dividend | | | Sold | 12/04/17 | J | A | |
| 166. Marathon Oil Corp | A | Dividend | | | Buy | 01/18/17 | K | | |
| 167. Marathon Oil Corp | E | Dividend | | | Sold | 03/31/17 | K | A | |
| 168. MU 01/19/2018 | A | Dividend | | | Buy | 03/27/17 | J | | |
| 169. MU 01/19/2018 | A | Dividend | | | Sold | 03/27/17 | J | A | |
| 170. MU 01/19/2018 | B | Dividend | | | Buy | 05/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. MU 01/19/2018 | A | Dividend | | | Sold | 05/17/17 | J | A | |
| 172. NOK 01/19/2018 | A | Dividend | | | Buy | 01/01/17 | J | | |
| 173. NOK 01/19/2018 | A | Dividend | | | Sold | 04/27/17 | J | A | |
| 174. Nokia Corp Spon | A | Dividend | | | Buy | 01/01/17 | J | | |
| 175. Nokia Corp Spon | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 176. Nuveen Amt Free Mncpl | A | Dividend | | | Buy | 01/01/17 | J | | |
| 177. Nuveen Amt Free Mncpl | A | Dividend | | | Sold | 09/01/17 | J | A | |
| 178. Nuveen Real Estate Incom | A | Dividend | | | Buy | 01/01/17 | J | | |
| 179. Nuveen Real Estate Incom | A | Dividend | | | Sold | 04/20/17 | J | A | |
| 180. Pennantpark CAP LTD | A | Dividend | | | Buy | 03/10/17 | K | | |
| 181. Pennantpark CAP LTD | A | Dividend | | | Sold | 07/31/17 | K | A | |
| 182. Pennantpark INVT Corp | A | Dividend | | | Buy | 01/01/17 | J | | |
| 183. Pennantpark INVT Corp | A | Dividend | | | Sold | 05/18/17 | J | A | |
| 184. TCP Capital Corp | A | Dividend | | | Buy | 01/01/17 | J | | |
| 185. TCP Capital Corp | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 186. TEVA Pharm Inds LTD | A | Dividend | | | Buy | 01/24/17 | J | | |
| 187. TEVA Pharm Inds LTD | A | Dividend | | | Sold | 05/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. TPG Specialty Lendin | B | Dividend | | | Buy | 01/06/17 | K | | |
| 189. TPG Specialty Lendin | B | Dividend | | | Sold | 05/04/17 | K | B | |
| 190. United States Steel | A | Dividend | | | Buy | 04/26/17 | K | | |
| 191. United States Steel | A | Dividend | | | Sold | 04/27/17 | K | A | |
| 192. VOD | A | Dividend | | | Buy | 01/04/17 | J | | |
| 193. VOD | A | Dividend | | | Sold | 05/18/17 | J | A | |
| 194. Vodafone Group | A | Dividend | | | Buy | 01/04/17 | J | | |
| 195. Vodafone Group | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 196. Ares Management LP | A | Dividend | | | Buy | 01/18/17 | J | | |
| 197. Ares Management LP | A | Dividend | | | Sold | 05/08/17 | J | A | |
| 198. Compass Diversified LP | A | Dividend | | | Buy | 01/01/17 | K | | |
| 199. Compass Diversified LP | A | Dividend | | | Sold | 05/08/17 | K | A | |
| 200. Enterprise Products LP | A | Dividend | | | Buy | 04/03/17 | L | | |
| 201. Enterprise Products LP | A | Dividend | | | Sold | 12/04/17 | L | A | |
| 202. Oaktree CAP GRP LLC | A | Dividend | | | Buy | 01/01/17 | K | | |
| 203. Oaktree CAP GRP LLC | A | Dividend | | | Sold | 02/03/17 | K | A | |
| 204. Istar Inc | A | Dividend | | | Buy | 10/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Istar Inc | A | Dividend | | | Sold | 10/20/17 | J | A | |
| 206. Apple Inc | A | Dividend | | | Buy | 01/01/17 | K | | |
| 207. Apple Inc | E | Dividend | | | Sold | 08/10/17 | K | E | |
| 208. Blackrock Corporate High | A | Dividend | | | Buy | 01/01/17 | J | | |
| 209. Blackrock Corporate High | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 210. Dowdupont Inc | A | Dividend | | | Buy | 01/01/17 | J | | |
| 211. Dowdupont Inc | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 212. Ford Motor Company | A | Dividend | | | Buy | 01/01/17 | J | | |
| 213. Ford Motor Company | A | Dividend | | | Sold | 05/02/17 | J | A | |
| 214. Franklin GA Tax Free | A | Dividend | | | Buy | 01/25/17 | K | | |
| 215. Franklin GA Tax Free | A | Dividend | | | Sold | 01/25/17 | K | A | |
| 216. General Electric Co | A | Dividend | | | Buy | 01/01/17 | K | | |
| 217. General Electric Co | A | Dividend | | | Sold | 12/04/17 | K | A | |
| 218. Goldman Sachs BDC | A | Dividend | | | Buy | 01/01/17 | K | | |
| 219. Goldman Sachs BDC | C | Dividend | | | Sold | 05/15/17 | K | C | |
| 220. IShares Russell Mid Cap Value | A | Dividend | | | Buy | 01/01/17 | J | | |
| 221. IShares Russell Mid Cap Value | A | Dividend | | | Sold | 03/23/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 17 of 23

Name of Person Reporting

BOWEN, DUDLEY H.

Date of Report

08/07/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. IShares Select Dividend ETF IV | B | Dividend | | | Buy | 01/01/17 | J | | |
| 223. IShares Select Dividend ETF IV | B | Dividend | | | Sold | 02/23/17 | J | B | |
| 224. IStar Inc | A | Dividend | | | Buy | 01/01/17 | J | | |
| 225. IStar Inc | C | Dividend | | | Sold | 10/20/17 | K | C | |
| 226. Maingate MLP FD CL | A | Dividend | | | Buy | 01/01/17 | K | | |
| 227. Maingate MLP FD CL | A | Dividend | | | Sold | 12/04/17 | K | A | |
| 228. Micron Technology | A | Dividend | | | Buy | 01/01/17 | J | | |
| 229. Micron Technology | D | Dividend | | | Sold | 05/16/17 | K | D | |
| 230. Nuveen AMT Free MNCPL | A | Dividend | | | Buy | 01/01/17 | K | | |
| 231. Nuveen AMT Free MNCPL | A | Dividend | | | Sold | 09/01/17 | K | A | |
| 232. Nuveen Real Estate Incom | A | Dividend | | | Buy | 01/01/17 | J | | |
| 233. Nuveen Real Estate Incom | A | Dividend | | | Sold | 04/20/17 | J | A | |
| 234. TCP Capital Corp | A | Dividend | | | Buy | 01/01/17 | J | | |
| 235. TCP Capital Corp | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 236. Dowdupont Inc | A | Dividend | | | Buy | 01/01/17 | J | | |
| 237. Dowdupont Inc | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 238. CHARLES SCHWAB IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Transocean Inc New | A | Dividend | J | T | | | | | |
| 240. Pengrowth Energy Corp | A | Dividend | K | T | | | | | |
| 241. General Electric Company | A | Dividend | J | T | | | | | |
| 242. General Electric Company | A | Dividend | J | T | | | | | |
| 243. Coca Cola | A | Dividend | K | T | | | | | |
| 244. Southern Company | A | Dividend | J | T | | | | | |
| 245. Pengrowth Energy Co | A | Dividend | J | T | | | | | |
| 246. Ares Capital Corp | A | Dividend | K | T | Buy | 01/06/17 | K | | |
| 247. Ford Motor Company | A | Dividend | K | T | Buy | 05/02/17 | K | | |
| 248. Marathon Oil Corp | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 249. Noble Corp PLC | A | Dividend | J | T | Buy | 01/01/17 | J | | |
| 250. Pennantpark CAP LTD | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 251. Enterprise Products | B | Dividend | K | T | Buy | 11/03/17 | K | | |
| 252. Invesco MTG CAP | B | Dividend | J | T | Buy | 01/01/17 | J | | |
| 253. Charles Schwab & Co Inc Interest | A | Interest | J | T | | | | | |
| 254. Charles Schwab & Co Inc Cash Dividend | D | Dividend | J | T | | | | | |
| 255. TD Ameritrade Clearing Inc Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. TD Ameritrade Clearing Inc X Dividend | A | Dividend | J | T | | | | | |
| 257. Ares Capital Corp Com | A | Dividend | | | Buy | 02/23/17 | K | | |
| 258. Ares Capital Corp Com | A | Dividend | | | Sold | 03/15/17 | K | A | |
| 259. Bristol-Meyers Squibb Com | B | Dividend | | | Buy | 02/23/17 | K | | |
| 260. Bristol-Meyers Squibb Com | B | Dividend | | | Sold | 03/16/17 | L | B | |
| 261. Chicago Bridge & Iron Co Com | A | Dividend | | | Buy | 01/30/17 | K | | |
| 262. Chicago Bridge & Iron Co Com | A | Dividend | | | Sold | 02/07/17 | K | A | |
| 263. Coca Cola Co Com | A | Dividend | | | Buy | 02/10/17 | K | | |
| 264. Coca Cola Co Com | A | Dividend | | | Sold | 02/10/17 | K | A | |
| 265. Kimco Realty Corp Com | A | Dividend | | | Buy | 03/27/17 | J | | |
| 266. Kimco Realty Corp Com | A | Dividend | | | Sold | 03/28/17 | J | A | |
| 267. Kroger Co Com | A | Dividend | | | Buy | 03/27/17 | J | | |
| 268. Kroger Co Com | A | Dividend | | | Sold | 03/31/17 | J | A | |
| 269. Snap Inc Com CLA | A | Dividend | | | Buy | 04/11/17 | K | | |
| 270. Snap Inc Com CLA | A | Dividend | | | Sold | 04/21/17 | K | A | |
| 271. TEVA Pharmaceutical Inds LTD | B | Dividend | | | Buy | 01/24/17 | K | | |
| 272. TEVA Pharmaceutical Inds LTD | B | Dividend | | | Sold | 03/31/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Invesco LTD COM | A | Dividend | | | Buy | 03/27/17 | J | | |
| 274. Invesco LTD COM | A | Dividend | | | Sold | 03/31/17 | J | A | |
| 275. General Electric CO GE | A | Dividend | | | Buy | 02/23/17 | J | | |
| 276. General Electric CO GE | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 277. Coca Cola CO KO | A | Dividend | | | Buy | 02/10/17 | J | | |
| 278. Coca Cola CO KO | A | Dividend | | | Sold | 02/14/17 | J | A | |
| 279. TEVA Pharmaceutical INDS LTD | A | Dividend | | | Buy | 04/05/17 | J | | |
| 280. TEVA Pharmaceutical INDS LTD | A | Dividend | | | Sold | 06/12/17 | J | A | |
| 281. DRY SHIPS Inc | A | Dividend | | | Buy | 02/09/17 | J | | |
| 282. DRY SHIPS Inc | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 283. The Blackstone Group LP COM Unit LTD | A | Dividend | | | Buy | 03/27/17 | J | | |
| 284. The Blackstone Group LP COM Unit LTD | A | Dividend | | | Sold | 03/27/17 | J | A | |
| 285. Enterprise Products Partners Com | A | Dividend | | | Buy | 03/27/17 | J | | |
| 286. Enterprise Products Partners Com | A | Dividend | | | Sold | 03/31/17 | J | A | |
| 287. Bank of Dudley/Dublin GA | A | Interest | J | T | | | | | |
| 288. Metlife/ComputerShare | A | Dividend | J | T | | | | | |
| 289. Charles Schwab & Company 1476 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Charles Schwab & Company Cash Dividend 1476 | B | Dividend | K | T | | | | | |
| 291. Charles Schwab & Company Inc Cash Dividend 7910 | A | Dividend | J | T | | | | | |
| 292. Charles Schwab & Company Inc Interest 7910 | A | Interest | J | T | | | | | |
| 293. Oaktree Capital Group LLC Real Estate Mortgage Inv Condu | A | Interest | J | T | | | | | |
| 294. Compass Diversified Holdings LLC (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 295. Oaktree LLC Interest (Publicly Traded Partnership) | A | Interest | J | T | | | | | |
| 296. Oaktree Capital Group LLC (Publicly Traded Partnership) | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 297. Compass Diversified Holdings LLC (Publicly Traded Prtn) | A | Dividend | | | Sold | 05/08/17 | J | A | |
| 298. Oaktree LLC Dividend | A | Dividend | | | Sold | 02/09/17 | J | B | |
| 299. Puerto Rico Electric Power Authority (Accrued Market Discounts) | A | Interest | J | T | | | | | |
| 300. Puerto Rico Industrial Tourist Educational (Accrued Market Discount) | A | Interest | J | T | | | | | |
| 301. Boise City Idaho HSG Authority (Accrued Market Discount) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544